# LAMB & BARNOSKY, LLP

ATTORNEYS AT LAW

EUGENE R. BARNOSKY
SHARON N. BERLIN*
ROBERT H. COHEN
FREDERICK EISENBUD
MICHELLE S. FELDMAN
MARCIA L. FINKELSTEIN
STEVEN GODSBERG
MICHAEL J. HELLER**
GARY HOLMAN
SCOTT M. KARSON
MICHAEL KRAUTHAMER***
P.L. LAMB
ARTHUR A. LANE
JOEL M. MARKOWITZ
GERALD P. ROSENBERG
PATRICE DOWD SHENN
JEFFREY A. ZANKEL
RICHARD K. ZUCKERMAN

\*   ALSO ADMITTED IN CT
\*\*  ALSO ADMITTED IN NJ
\*\*\* ALSO ADMITTED IN MA

534 BROADHOLLOW ROAD, SUITE 210
PO BOX 9034
MELVILLE, NY 11747-9034
631.694.2300 • FAX: 631.694.2309
INTERNET: WWW.LAMBBARNOSKY.COM
EMAIL: ATTORNEY'S INITIALS @ LAMBBARNOSKY.COM

SERVICE BY E-MAIL OR FACSIMILE NOT ACCEPTED

COUNSEL
DIANE J. MOFFET
RITA FISHMAN SHEENA

OF COUNSEL
LLOYD K. CHANIN
SAMUEL H. GOLDEN
THOMAS A. O'ROURKE
JOSEPH J. SALVATORE

ASSOCIATES
VICTOR A. ADEFUYE
CATHLEEN D. ALLEN
LINDSAY TOWNSEND CROCKER
LILIA FACTOR****
MARA N. HARVEY
ALYSON MATHEWS
MARGARET K. TERRY
JANE C. TUCKER*****

\*\*\*\*   ALSO ADMITTED IN ISRAEL
\*\*\*\*\* ALSO ADMITTED IN DC AND VA

January 4, 2008

*Via ECF & Facsimile (914) 390-4179*

Hon. Stephen C. Robinson
United States District Court
Southern District of New York
United States Courthouse, Room 633
300 Quarropas Street
White Plains, New York 10601

    Re:  *McAvey v. Orange-Ulster BOCES, et al.*
          **07-CIV-11181 (SCR)**

Dear Judge Robinson:

    We are the attorneys for defendants, Orange-Ulster BOCES, Jeffrey Smith, Jake McHale and Marguerite Flood, in the above-referenced action which is assigned to Your Honor.

    Annexed hereto for filing via ECF (with a courtesy copy indicating the date of filing and the ECF document number transmitted *via* facsimile) is a copy of a stipulation of the attorneys for the respective parties, dated January 3, 2008, establishing a briefing schedule for defendants' motion to dismiss the complaint in this action, which schedule is made pursuant to Section II(A)(3) of Your Honor's Individual Practices.

    Thank you for your attention and courtesies.

                                Yours very truly,

                                Scott M. Karson

SMK/ck
Enclosure
cc:    Sussman & Watkins
       Attn: Christopher D. Watkins

#202532 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COLLEEN McAVEY,                                                     07-CIV-11181 (SCR)

                               Plaintiff,

                   -against-                                                              **STIPULATION**

ORANGE-ULSTER BOCES, JEFFREY SMITH, former            (Hon. Stephen C. Robinson)
Deputy Superintendent, JAKE McHALE, Principal of
Flannery High School, and MARGUERITE FLOOD,
Executive Director for Personnel, sued in their individual
capacities,

                               Defendants.
------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, COLLEEN McAVEY ("plaintiff"), by her attorneys of record, SUSSMAN & WATKINS, and the defendants, ORANGE-ULSTER BOCES, JEFFREY SMITH, JAKE McHALE, and MARGUERITE FLOOD ("defendants"), by their attorneys of record LAMB & BARNOSKY, LLP, as follows:

       1.    The last date for defendants to file a motion pursuant to FRCP 12(b)(6) shall be January 11, 2008;

       2.    Plaintiff shall serve papers in opposition to this motion, if any, on or before February 1, 2008; and

       3.    Defendants shall serve reply papers in further support of the motion, if any, on or before February 15, 2008, and the motion shall be returnable on that date.

Dated: Melville, New York
       January 3, 2008

| | |
|---|---|
| LAMB & BARNOSKY, LLP<br>Attorneys for Defendants<br>534 Broadhollow Road, Suite 210<br>P.O. Box 9034<br>Melville, New York 11747-9034<br>631-694-2300<br>By: _____<br>    SCOTT M. KARSON (SMK 9195) | SUSSMAN & WATKINS<br>Attorneys for Plaintiff<br>40 Park Place<br>P.O. Box 1005<br>Goshen, New York 10924<br>845-294-3991<br>By: _____<br>    CHRISTOPHER D. WATKINS (CW 2240) |

#202406 v1