

**Andrew J. Spano**
**County Executive**

Office of the County Attorney

Charlene M. Indelicato
County Attorney

# MEMO ENDORSED

**BY FACSIMILE (914) 390-4179**

January 7, 2008

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

Re: **George Carr v. County of Westchester**
07 Civ. 11180 (SCR)

Your Honor:

I represent the defendant, County of Westchester ("County") in the above-referenced action. In accordance with Your Honor's Individual Practices and pursuant to a conversation with Law Clerk Joanna D'Avella, Esq., I am writing to confirm that the parties in the above-referenced action have agreed upon a briefing schedule in connection with the County's Pre-Answer motion to dismiss. Subject to the Court's approval, the County will file its motion on or before **February 8, 2008**; Plaintiff will file its Response/Opposition on or before **February 25, 2008** and the County will file its Reply on or before **March 4, 2008**.

Should Your Honor's staff have any questions, I can be reached at (914) 995-3577. Thank you.

APPLICATION GRANTED

Stephen C Robinson

HON. STEPHEN C. ROBINSION 1/7/08

Respectfully,

Irma W. Cosgriff
Senior Assistant County Attorney

IWC/st

cc: Michael H. Sussman, Esq. (By Facsimile (845) 294-1623)
Sussman & Watkins
PO Box 1005
Goshen, New York 10924
(845) 294-3991

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: