# LAMB & BARNOSKY, LLP

ATTORNEYS AT LAW

EUGENE R. BARNOSKY
SHARON N. BERLIN*
ROBERT H. COHEN
FREDERICK EISENBUD
MICHELLE S. FELDMAN
MARCIA L. FINKELSTEIN
STEVEN GODSBERG
MICHAEL J. HELLER**
GARY HOLMAN
SCOTT M. KARSON
MICHAEL KRAUTHAMER***
P.L. LAMB
ARTHUR A. LANE
JOEL M. MARKOWITZ
GERALD P. ROSENBERG
PATRICE DOWD SHENN
JEFFREY A. ZANKEL
RICHARD K. ZUCKERMAN

\* ALSO ADMITTED IN CT
\*\* ALSO ADMITTED IN NJ
\*\*\* ALSO ADMITTED IN MA

534 BROADHOLLOW ROAD, SUITE 210
PO BOX 9034
MELVILLE, NY 11747-9034
631.694.2300 • FAX: 631.694.2309
INTERNET: WWW.LAMBBARNOSKY.COM
EMAIL: ATTORNEY'S INITIALS @ LAMBBARNOSKY.COM

SERVICE BY E-MAIL OR FACSIMILE NOT ACCEPTED

COUNSEL
DIANE J. MOFFET
HON. MICHAEL F. MULLEN
RITA FISHMAN SHEENA
VIRGINIA MEDICI WYLLY

OF COUNSEL
LLOYD K. CHANIN
SAMUEL H. GOLDEN
THOMAS A. O'ROURKE
JOSEPH J. SALVATORE

ASSOCIATES
VICTOR A. ADEFUYE
CATHLEEN D. ALLEN
LINDSAY TOWNSEND CROCKER
LILIA FACTOR****
MARA N. HARVEY
ALYSON MATHEWS
MARGARET K. TERRY
JANE C. TUCKER*****

\*\*\*\* ALSO ADMITTED IN ISRAEL
\*\*\*\*\* ALSO ADMITTED IN DC AND VA

February 27, 2008

*Via Facsimile*

Hon. Stephen C. Robinson
United States District Court
Southern District of New York
United States Courthouse, Room 633
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

  Re: *McAvey v. Orange-Ulster BOCES, et al.*
    07-CIV-11181 (SCR)

Dear Judge Robinson:

  We are the attorneys for defendants, Orange-Ulster BOCES, Jeffrey Smith, Jake McHale and Marguerite Flood, in the above-referenced action which is assigned to Your Honor.

  Previously, we moved on behalf of three of our clients, defendants Orange-Ulster BOCES, McHale and Flood, to dismiss plaintiff's complaint pursuant to FRCP 12(b)(6). That motion was returnable on February 15, 2008 and is now *sub judice*.

  After the motion was made, defendant Smith was served with process, and this firm now appears as his attorney of record in this action as well. In light of that development, defendant Smith has authorized us to request that he be joined as a movant with respect to the pending motion to dismiss brought by his three co-defendants.

  I have notified plaintiff's attorney of record Christopher D. Watkins of this application, and Mr. Watkins has advised that he has no objection to joining Smith as a movant in connection with the pending motion.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

LAMB & BARNOSKY, LLP
Hon. Stephen C. Robinson
February 27, 2008
Page 2

      Thank you for your attention and courtesies. Should you require anything further, please let us know.

                                              Yours very truly,

                                              Scott M. Karson

SMK/vs
cc:   Christopher D. Watkins, Esq. (*via facsimile*)

**APPLICATION GRANTED**

*Stephen C Robinson*

3/24/08

HON. STEPHEN C. ROBINSION

Attorney for Defendants is directed to file an appearance for Defendant Smith.