UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COLLEEN McAVEY,                                            07-CIV-11181 (SCR)

                        Plaintiff,

        -against-                                         **NOTICE OF APPEARANCE**

ORANGE-ULSTER BOCES, JEFFREY SMITH, former         (Hon. Stephen C. Robinson)
Deputy Superintendent, JAKE McHALE, Principal of
Flannery High School, and MARGUERITE FLOOD,
Executive Director for Personnel, sued in their individual
capacities,

                        Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Defendant JEFFREY SMITH appears herein by the undersigned attorneys, LAMB & BARNOSKY, LLP.

Dated: Melville, New York
       March 31, 2008

                                             LAMB & BARNOSKY, LLP

                                             By: _____
                                                  Sharon N. Berlin
                                          Attorneys for Defendants
                                          ORANGE-ULSTER BOCES,
                                          JEFFREY SMITH, JAKE McHALE,
                                          and MARGUERITE FLOOD
                                          534 Broadhollow Road, Suite 210
                                          P.O. Box 9034
                                          Melville, New York 11747-9034
                                          631-694-2300