UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COLLEEN McAVEY,

                          Plaintiff,

-against-

ORANGE-ULSTER BOCES, JEFFREY SMITH, former
Deputy Superintendent, JAKE McHALE, Principal of
Flannery High School, and MARGUERITE FLOOD,
Executive Director for Personnel, sued in their individual
capacities,

                          Defendants.
------------------------------------------------------------------X

07-CIV-11181 (SCR)

**NOTICE OF APPEARANCE**

(Hon. Stephen C. Robinson)

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned, an attorney in the firm of LAMB & BARNOSKY, LLP, enters my appearance as additional counsel for Defendants ORANGE-ULSTER BOCES, JEFFREY SMITH, JAKE McHALE, and MARGUERITE FLOOD.

I certify that I am admitted to practice in this Court.

Dated: Melville, New York
        May 2, 2008

LAMB & BARNOSKY, LLP

By: _____
Lisa A. Azzato (LA-5892)
Attorneys for Defendants
ORANGE-ULSTER BOCES,
JEFFREY SMITH, JAKE McHALE,
and MARGUERITE FLOOD
534 Broadhollow Road, Suite 210
P.O. Box 9034
Melville, New York 11747-9034
631-694-2300

#217240 v1 -